IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTAVO M. JUAREZ-GALVAN, )
)
         Plaintiff, )
)
v. )   Case No. 10-4145-WEB
)
UNITED PARCEL SERVICE, INC., )
)
         Defendant. )

## ORDER

On February 24, 2011, the court granted the parties' joint motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to the charge filed by the plaintiff, Gustavo M. Juarez-Galvan, against the defendant, United Parcel Service, Inc., **(doc. 18)**. The court ordered the KHRC to submit any portion of the investigative file that it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for in camera review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this order shall be served on all counsel of record and on the KHRC.

IT IS SO ORDERED.

Dated May 9, 2011, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge