IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTAVO M. JUAREZ-GALVAN,

    Plaintiff,

vs.                                    Case No.: 10-4145-WEB

UNITED PARCEL SERVICE, INC.,

    Defendant.

## **JOINT MOTION FOR EXTENSION OF DEADLINES**

COMES NOW Gustavo M. Juarez-Galvan, plaintiff, by and through his attorney, David O. Alegria of McCullough, Wareheim & LaBunker, P.A. and defendant United Parcel Services, Inc., by and through its attorney Darren Sharp, and hereby jointly move for an extension of deadlines in this case. In support of their Motion the parties state as follows:

    1.    Discovery is currently set to conclude on July 16, 2011.

    2.    The defendant has propounded initial written requests for discovery and plaintiff has provided his responses. Plaintiff needs to propound to defendant his initial written requests for discovery.

    3.    The parties are in the process of scheduling depositions in this case but due to plaintiff's counsel's workload, they are unable to do so prior to the discovery cut off date. Depositions of requested witnesses by plaintiff are currently attempting to be scheduled during the week of August 1, 2011.

4. The parties request a forty-five (45) day extension of the discovery deadline or until August 30, 2011.

5. There has been no previous requests for an extension of the deadlines in this matter.

5. The deadline for expert discovery is currently set for September 13, 2011 and the parties request that this deadline be extended to October 27, 2011.

6. The deadline for Plaintiff's Expert disclosure is July 23, 2011. The deadline for Defendant's expert disclosure is August 12, 2011. The parties request that these deadlines be extended to September 5, 2011 for Plaintiff's expert disclosure and September 26, 2011 for defendant's expert disclosure. The deadline for rebuttal experts is currently set for August 26, 2011. The parties request this deadline be extended to October 10, 2011.

9. The dispositive motion deadline is currently set for October 24, 2011. The parties request the deadline be reset for December 7, 2011.

10. The final pretrial conference is currently set for September 30, 2011 and the proposed pretrial order is due September 20, 2011. The parties respectfully request that these deadlines be extended until November, 2011.

WHEREFORE, for the foregoing reasons the parties respectfully request that the Court grant their motion for Extension of Time to Complete Discovery by forty-five (45 days) and for extension of remaining deadlines.

Respectively Submitted,

s/David O. Alegria
David O. Alegria
McCULLOUGH, WAREHEIM & LaBUNKER, P.A.
1507 S.W. Topeka Boulevard
P.O. Box 1453
Topeka, Kansas 66601-1453
(785) 233-2323
(785) 233-0430 - Fax
Attorney for Plaintiff


S/Darren K. Sharp
Darren K. Sharp
Meredith R. Rund
ARMSTRONG TEASDALE, LLP
2345 Grand Blvd., Suite 2000
Kansas City, MO 64108-2617
816/221-3420
816/221-0786 (fax)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2011, a true and correct copy of the forgoing was filed by CM/ECF, which transmitted an electronic copy to:

Darren K. Sharp
dsharp@armstrongteasdale.com

Meredith J. Rund
mrund@armstrongteasdale.com


        s/David O. Alegria
        DAVID O. ALEGRIA