IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTAVO M. JUAREZ-GALVAN, )
)
             Plaintiff, )
)
v. ) Case No. 10-4145-WEB
)
UNITED PARCEL SERVICE, INC., )
)
             Defendant. )

## **AMENDED SCHEDULING ORDER**

This case comes before the court on the parties' joint motion to amend the Scheduling Order[1] previously entered in this case **(doc. 31)**.

For good cause shown, the January 5, 2011 Scheduling Order in this case is hereby amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All fact discovery completed | August 30, 2011 |
| All expert discovery completed | October 27, 2011 |
| Experts disclosed by plaintiff | September 5, 2011 |
| Experts disclosed by defendant | September 26, 2011 |
| Rebuttal experts disclosed | October 11, 2011 |
| All other potentially dispositive motions (e.g., summary judgment) | December 7, 2011 |
| Proposed pretrial order due | November 4, 2011 |
| Final pretrial conference | November 14, 2011, at 9:00 a.m. |

---

[1] Doc. 9.

The trial date in this case has not yet been set; the court will subsequently set the case for trial. All other provisions of the original Scheduling Order shall remain in effect. The schedule adopted in this Amended Scheduling Order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated June 16, 2011, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge