IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUSTAVO M. JUAREZ-GALVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-4145-WEB |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## SECOND AMENDED SCHEDULING ORDER

On November 4, 2011, the undersigned magistrate judge conducted a telephone status conference with the parties' attorneys in this Title VII discrimination case. They reported that, although plaintiff remains employed by defendant, plaintiff soon will move for leave to file an amended complaint with a new retaliation claim. Defendant of course denies any retaliation, but evidently does not contest plaintiff's assertion that the information relied by plaintiff for the proposed amendment only recently became available. Further, plaintiff just recently filed an administrative complaint for retaliation and he has not yet received a "right-to-sue" letter from the Kansas Human Relations Commission. Based on these circumstances, and as agreed by both parties, the court finds there is good cause to modify the Amended Scheduling Order previously entered in this case (doc. 32), as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Plaintiff's motion to amend | December 30, 2011 |
| Defendant's expedited opposition, if any, to plaintiff's motion to amend | January 6, 2012 |
| Plaintiff's reply brief, if any, in support of motion to amend | January 10, 2012 |
| All fact discovery completed | March 16, 2012 |
| Proposed pretrial order due | March 23, 2012 |
| Final pretrial conference | April 5, 2012, at 11:00 a.m. |
| All potentially dispositive motions (e.g., summary judgment) | May 4, 2012 |

The trial date in this case has not yet been set; the court will subsequently set the case for trial. All other provisions of the original Scheduling Order (doc. 9) and the Amended Scheduling Order (doc. 32) shall remain in effect. The schedule adopted in this Second Amended Scheduling Order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 4, 2011, at Kansas City, Kansas.

       s/ James P. O'Hara
       James P. O'Hara
       U.S. Magistrate Judge